**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MATTHEW JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   25-04434 (UNA) |
| | ) | |
| | ) | |
| DELAWARE STATE POLICE FEDERAL | ) | |
| CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MEMORANDUM OPINION</u>**

This action brought *pro se* is before the Court on review of Plaintiff's form complaint and application for leave to proceed *in forma pauperis*.  For the following reasons, the Court grants the application and dismisses the complaint.

Plaintiff, a resident of Greenwood, Delaware, sues the Delaware State Police Federal Credit Union in Georgetown, Delaware.  Allegedly, from 1998-2001, Plaintiff's salary was "paid at the Department of Elections in Georgetown DE."  Compl., ECF No. 1 at 4.  But in 2001, "the Delaware State Police removed" Plaintiff's "paycheck involuntarily with demands, gun violence, rape, and property destruction" and has "possessed" the paycheck since 2001.  *Id*.  Plaintiff states "[w]hen I attempted to recover my check in 2001, at their bank, with the State Representative and the State Senator, we were all shot and killed and our bodies were raped.  None of us were paid."  *Id*.  The Relief section of the Complaint consists of unrelated ramblings but circles back to the theme concluding: "The paycheck that I am issued by the USA is $250,000 annually.  I have been unable to possess it since the Delaware State Federal Credit Union has taken from the Department of Elections in 2001."  *Id*.

2

Complaints, as here, lacking "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and "postulating events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981), are frivolous actions subject to dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).  Therefore, this case will be dismissed  by separate order.

_____/s/_____
CHRISTOPHER R. COOPER
Date: May 20, 2026                         United States District Judge

2